IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OLIMPO SALINAS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | CIVIL ACTION |
| UNITED PROPERTY & CASUALTY | § | NO.:_____ |
| INSURANCE COMPANY, and | § | |
| MICHELLE TILLMAN, | § | |
| | § | |
| Defendants. | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, the following is an index of matters being filed in this case:

1. Index of Matters Being Filed (Exhibit A)

2. Docket Sheet (Exhibit B)

3. Plaintiff's Original Petition and Request for Disclosure (Exhibit C)

4. Citation and Return of Service for Original Petition served on United Property and Casualty Insurance Company (Exhibit D)

5. Citation and Return of Service for Original Petition served on Michelle Tillman (Exhibit E)

6. Defendant United Property and Casualty Insurance Company's Original Answer to Plaintiff's Original Petition (Exhibit F)

7. List of Parties and Counsel (Exhibit G)

8. Declaration of Brett Gardner (Exhibit H)



**INDEX OF MATTERS BEING FILED**   PAGE 1
2699846v1
11151.112